disbursements, and motions granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

R. B. WATTLEY Co., INC., Respondent, v. MARY ELIZABETH's, LTD., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

LOUIS KRAM, Doing Business, etc., and Others, Respondents, v. LOUIS DULBERG and Another, Appellants, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application for a Subpœna Directed to WALTER PFORZHEIMER, Appellant, Requiring Him to Testify Pursuant to a Proceeding Taken in the District Court for the District of Amsterdam, The Netherlands, for the Purpose of Taking His Testimony in an Action Therein Pending between the District Attorney for the Said District, Plaintiff, and SAMUEL BOTTENHEIM, Defendant. P. J. KOOIMAN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Application of GABRIELLE E. ZIMMERMAN, as Administratrix, etc., of HERMAN E. ZIMMERMAN, Deceased, Respondent, for a Peremptory Mandamus Order against TORNEY CORPORATION, a Delaware Corporation Licensed to Do Business in the City and State of New York, and Which Has Its Principal Place of Business in the City and State of New York, Appellant.— Order modified by granting an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

JOSEPH B. ROBERTS, Appellant, v. JEANNE SONYA BOLASH ROBERTS, Respondent.— Order reversed and motion denied upon the ground that, from the papers on appeal, there is no probability that the defendant will be successful in opposing the plaintiff's allegations of misconduct on her part, and that there is no probability that defendant will succeed at the trial in establishing the facts upon which she seeks to obtain a decree of separation. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

M. D. LEVY & S. D. LEVY, Copartners, etc., Appellants, v. EMERSON STEUBEN MILLS, INC., Respondent.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.